Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

JAMES JONTE )
) **CV 08    3587    CRB**
)
) 
Plaintiff )
v. ) Civil Action No.
FLOORTOWN, INC. )
)
)
Defendant )

**Summons in a Civil Action**

To: FLOORTOWN, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Cliff Weingus  
McTernan Stender & Weingus  
595 Market Street, Suite 1350  
San Francisco CA 94105-2825  

Jeffrey A. Haas  
A Law Corporation  
PO Box 370419  
Montara CA 94037-0419  

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 25 2008

Richard W. Wieking  
Name of clerk of court

**ANNA SPRINKLES**

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Case 3:08-cv-03587-CRB   Document 3   Filed 07/25/2008   Page 2 of 2