Cliff Weingus, Esq.
McTernan, Stender & Weingus
595 Market St., Ste. 1350
San Francisco, CA 94105-2199
Telephone: (415) 777-0313
Facsimile:  (415) 777-9380

Jeffrey A. Haas, Esq.
A Law Corporation
P.O. Box 370419
Montara, CA 94037
Telephone: (650)728-1200
Facsimile: (650)728-8469

Attorneys for Plaintiff
JAMES JONTE

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JONTE<br>Plaintiff,<br>vs.<br>FLOORTOWN, INC.,<br>Defendant. | Case No. CV 08 3587<br>**STIPULATION** |

IT IS STIPULATED by and between the parties, through their respective counsel, that defendant Floortown, Inc. may have an extension of time through and including September 5, 2008 to file a pleading responsive to the Complaint.

DATED: August 7, 2008           By: _____
                                     Cliff Weingus, Attorney for Plaintiff
                                     JAMES JONTE

DATED: August 7, 2008           By: _____
                                     Mike Ewing, Attorney for Defendant
                                     FLOORTOWN, INC.