1  Cliff Weingus, Esq.
   McTernan, Stender & Weingus
2  595 Market St., Ste. 1350
   San Francisco, CA 94105-2199
3  Telephone: (415) 777-0313
   Facsimile:  (415) 777-9380
4
   Jeffrey A. Haas, Esq.
5  A Law Corporation
   P.O. Box 370419
6  Montara, CA 94037
   Telephone: (650)728-1200
7  Facsimile: (650)728-8469

8  Attorneys for Plaintiff
   JAMES JONTE
9

10              UNITED STATE DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES JONTE              )   Case No. CV 08 3587
                Plaintiff,   )
14                           )   **STIPULATION**
        vs.                  )
15                           )
    FLOORTOWN, INC.,         )
16                           )
                Defendant.   )
17  _____)

18      IT IS STIPULATED by and between the parties, through their respective counsel,

19  that defendant Floortown, Inc. may have an extension of time through and including

20  September 5, 2008 to file a pleading responsive to the Complaint.

21

22  DATED: August 7, 2008       By: _____
                                    Cliff Weingus, Attorney for Plaintiff
23                                  JAMES JONTE

24

25  DATED: August 7, 2008       By: _____
                                    Mike Ewing, Attorney for Defendant
26                                  FLOORTOWN, INC.

27

28

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA