Mike Ewing, Esq. (CSBN 98143)
EWING & ASSOCIATES
995 South Main Street
P.O. Box 400
Lakeport, CA 95453
Telephone: (707)263-6400
Facsimile:  (707)263-7047
ewing@lakeportlawyers.com

Attorneys for Defendant
FLOORTOWN, INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JONTE ) | Case No. CV 08 3587 |
| Plaintiff, ) | |
| ) | **AMENDED STIPULATION FOR** |
| vs. ) | **TELEPHONIC APPEARANCE AT CASE** |
| ) | **MANAGEMENT CONFERENCE AND** |
| FLOORTOWN, INC., ) | ~~PROPOSED~~ **ORDER** |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties to this action, by and through their respective counsel of record, hereby stipulate and agree to telephone appearance at the Case Management Conference scheduled for October 31, 2008 at 8:30 A.M., in Courtroom 8. The following counsel will be making the telephonic appearance:

| Attorney | | Party Represented |
|---|---|---|
| Mike Ewing, Esq. | 707-263-6400 | Defendant, FLOORTOWN, INC. |

I hereby attest that I have on file all holograph signatures for any signatures by a "conformed" signature (/S/) within this efiled document.

**IT IS SO STIPULATED.**

DATED: September 24, 2008        By:_____/S/_____
                                                    Mike Ewing, Attorney for Defendant
                                                    FLOORTOWN, INC.


DATED: September 24, 2008        By:_____/S/_____
                                                    Cliff Weingus, Attorney for Plaintiff
                                                    JAMES JONTE

**PROPOSED ORDER**

Based upon the above Stipulation, counsel for Defendant may make a telephonic appearance at the Case Management Conference scheduled for October 31, 2008 at 8:30 A.M., in courtroom 8.

DATED: September 26, 2008

_____
UNITED STATES DISTRICT COURT JUDGE