1  Mike Ewing, Esq. (CSBN 98143)
   EWING & ASSOCIATES
2  995 South Main Street
   P.O. Box 400
3  Lakeport, CA 95453
   Telephone: (707)263-6400
4  Facsimile:  (707)263-7047
   ewing@lakeportlawyers.com
5
   Attorneys for Defendant
6  FLOORTOWN, INC.

7
                    UNITED STATE DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  JAMES JONTE                        ) Case No. CV 08 3587
                  Plaintiff,           )
11                                     ) **STIPULATION FOR TELEPHONIC**
        vs.                            ) **APPEARANCE AT CASE**
12                                     ) **MANAGEMENT CONFERENCE AND**
    FLOORTOWN, INC.,                   ) ~~**PROPOSED**~~ **ORDER**
13                                     )
                  Defendant.           )
14  _____    )

15      The parties to this action, by and through their respective counsel of record,
16  hereby stipulate and agree to telephone appearance at the Case Management
17  Conference scheduled for February 6, 2009 at 8:30 A.M., in Courtroom 8.  The
18  following counsel will be making the telephonic appearance:

19         <u>Attorney</u>                          <u>Party Represented</u>

20      Mike Ewing, Esq.   707-263-6400    Defendant, FLOORTOWN, INC.

21      I hereby attest that I have on file all holograph signatures for any signatures
22  by a "conformed" signature (/S/) within this efiled document.

23      **IT IS SO STIPULATED.**

24  DATED: January 15, 2009          By:_____/S/_____
                                        Mike Ewing, Attorney for Defendant
25                                      FLOORTOWN, INC.

26

27  DATED: January 15, 2009          By:_____/S/_____
                                        Cliff Weingus, Attorney for Plaintiff
28                                      JAMES JONTE

**~~PROPOSED~~ ORDER**

Based upon the above Stipulation, counsel for Defendant may make a telephonic appearance at the Case Management Conference scheduled for February 6, 2009 at 8:30 A.M., in courtroom 8.

DATED: January 16, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

